97 A.3d 734

**Reginald GREGG, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Pa., Respondent.**

**No. 64 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 8, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 8th day of August, 2014, the Petition for Writ of Mandamus is **DENIED.**